Newport Realty Company v. Alfred G. Bachman.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, · P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Isidor Breitbart and Others v. Empire City Subway Company, Ltd.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Bertha Koffler v. Fidelity and Deposit Company of Maryland.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Turkey Knob Orchard Company v. Max Mandel and Others.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James S. Herrman v. Francis L. Leland.— Application denied, with ten dollars costs. Order · signed. Present — Ingraham, P. J.·, McLaughlin, Laughlin, Clarke and Scott, JJ.

James F. McNaboe, as Trustee, v. Herbert Reeves and Others.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Pennsylvania Railroad Company v. Samuel Borchardt.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ernest A. G. Intemann, Jr., v. Atlantic Amusement Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Nicholas Barrett, as Executor, etc., v. Thomas Keratsas and Others.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William E. McCrea v. Lester H. Bentley.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John Jameson & Son, Ltd., v. John Reilly.— Application granted, upon defendant filing stipulation as provided in order. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

David Hirsch v. Abraham Schilling.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William E. McCrea v. Lester H. Bentley.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Isak Dramer and Others v. Harry Reid.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Alfred W. Varian (In the Matter of Societe Francaise des Films, etc.). — See memorandum per curiam. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Edward Nikola v. Duncan I. Roberts, as President, etc.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.